IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TENNESSEE
__Eastern__ DIVISION

__Tommie L. Hill, Jr.__, )
_____, )
_____, )
_____, )
Plaintiff(s), )
 )
Vs. ) Docket/Complaint No._____
 )
 ) JURY TRIAL DEMANDED
__Whiteville Correctional Facility__, )
__Sgt. Johnson, M. Ernest, R. Hodge__, )
__Tammy Ford, S. Dotson,__ )
__Laura Moore And Amy Trotter__, )
Respondents.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## UNDER 42 U.S.C. §1983

I. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline.)

Plaintiff(s) _____
_____
_____
_____

1

Defendant(s) _____

_____

_____

_____

2. Court [if federal court, name the district; if state court, name the county] _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition [for example: was the case dismissed? Was it appealed? Is it still pending?] _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **PLACE OF PRESENT CONFINEMENT:**

**Whiteville Correctional Facility**
**1440 Union Springs Road**
**PO Box 679**
**Whiteville, TN 38075**

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is yes,

1. What steps did you take? *I properly file a grievance and stated the facts in the grievance.* ████████

2. What was the result? *Grievance was deemed inappropriate per TDOC/WCFA Policy, and no evidence of discrimination.*

2

D.   If your answer is "no" explain why not: _____

_____

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   Yes ( ✓ )   No ( )

F.   If your answer is yes,

   1.   What steps did you take? _Same As C-1_____

   2.   What was the result? _Same As C-2_____

_____

III. **PARTIES:**

[In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.]

A.   Name of Plaintiff(s): _Tommie L. Hill, Jr._____

_____

_____

_____

Address: _Whiteville Correctional Facility,_
_1440 Union Springs Road, Whiteville, Tenn. 38075_

[In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional Defendants.]

3

B.   Name of Defendant: Whiteville Correctional Facility, is employed as Employer of say officer/Employees at 1440 Union Springs Road

Name(s) of additional Defendants: F. Johnson-Sgt.; M. Ernest-Classification official; R. Hodge-Assistant Commissioner Operations; Tammy Ford-Title VI Coordinator; And S. Dotson-Warden (Laura Moore And Amy Trotter-Job coordinators)

## IV.   STATEMENT OF CLAIM:

[State here as briefly as possible the **facts** of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach additional sheets if needed.]

I file a "Discrimination-Title VI grievance" it was deemed inappropriate per policy 501.01 VI.A.5 monetary compensation And VI.C.1 past seven days, by Sgt. Johnson Grievance board chairman. But she didn't investigate to see if there were any discrimination, because she never asked me who the white guy was, even when I add him to my grievance for the Commissioner. The warden, Classification official, Assistant Comissioner, title VI coordinator, Job coordinator, And grievance chairman conspire in hiding the true about this Title VI Discrimination. If anyone had of look at Edward Summey" 156706 file, they would have seen that

4

he was brung back to prison on a parole violation, take he was given 340 a hour in a ABE program and that I was given 174 hour in a program at school. It is noted that Summey is a white man and I am a black, which is plain to see is a Title VI Grievance. According to the Civil Rights Act of 1964, Authority-TCA 43-603, 43-606, 421-901, 421-904, 421-905, and Title VI of the Civil Rights Act of 1964, 42 USC 2000d et seq.

There is no seven days violation of filing a Title VI discrimination grievance, policy & leaving states over a hundred days, which is the reason I allow this facility to correct the problem before I file the grievance.

It is a requirement that federally assisted programs be free of discrimination.

5

## V.  RELIEF

[State briefly **EXACTLY** what you want the Court to do for you.]  Make no legal arguments. Cite no statutes.]

I need this situation investigate to see how long this have been going on and put a stop to it.

That I be compensate for my stress. That I be given the same starting pay of 34¢ As Summey was given, with back pay at the time I started

Signed on this 22 day of January, 20 11.

_Tommie L. Hill, jr._
Plaintiff

I declare under penalty of perjury that the foregoing is true and exact, to the best of my knowledge, information and belief.

1-22-11
Date

_Tommie Hill, jr._
Plaintiff

6