# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

TOMMIE L. HILL, JR.,
     Plaintiff,

v.

                                  CASE NUMBER: 1:11-cv-1029-JDT

WHITEVILLE CORRECTIONAL FACILITY, ET AL,
     Defendant,

     **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 9/26/12, the Defendants' Motion for Summary Judgment is GRANTED.

**APPROVED:**

                            s/ **James D. Todd**
                            JAMES D. TODD
                            UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: S/JENNIFER HODGE**
**DEPUTY CLERK**